# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

**Joseph D Gilberti PE**, a licensed Professional Engineer in the State of Florida,

Case: 25-cv-00106

   Petitioner(s),

**DEMAND FOR JURY TRIAL**

v.

**Pamela Jo Bondi**, et al.

   Defendant(s).

_____/

## Objection to Order Dismissing Case

Plaintiff, Joseph D. Gilberti, PE, Pursuant to FRCP hereby object to the order received by mail on March 27, 2025, in Sarasota Jail dated (March 25, 2025, Docket # 5) reasons for objections are as follows:

1. Plaintiff has been recently approved for Informa pauperis per similar case called _Gilberti v United Nations_ et al. and _Gilberti v George W. Bush et al._ in New York Southern District Federal Court. Also has been approved in _Gilberti v Padar et al_, in Middle District Florida and 11th circuit court of appeals and has been approved in _Gilberti v Harris et al._ in Washington D.C. District Court.

2. Plaintiff is not a prisoner but has been illegally kidnapped with civil rights taken away to hide Unique global drinking water supply and national defense resources hidden across America.

3. This court disregarded the public health and the safety of the US citizens by declining an indigent status when Plaintiff is indigent and has been held in Sarasota County Jail for 13 months by Judge Donna Marie Padar with a mis-trial to hide endless primary spring water access knowledge to taps that only engineers could figure out not judges or attorneys, and with a systematic organized attack across multiple states to hide unique medicinal drinking water resources and knowledge to find more in dry areas like Texas, New Mexico, and Middle East and has been funded by Elon Musk. The Cost to pay off a court system compared to controlling these secret global resources and subduing one professional engineer to find more is being implemented as presidents appoint hundreds of federal judges each term.

4. This court must take judicial notice of _Gilberti v Bush et al._ Mandamus in New York, NY and _Gilberti v Secret Service et al,_ in Boston MA and _Gilberti v US Congress et al,_ in Maryland District, and _Gilberti v Florida Attorney General et al_ in the Florida Supreme Court. These various cases and ongoing investigations by others demonstrate the attack

by Florida DOJ and US leaders, judges, and civil servants to suppress the primary water access and said issues using HR 5736 approved May 10, 2012 retroactive with Plaintiff's SWFWMD meeting with resource at Cecil Daughtry ranch located at 9438 Daughtry Road Sarasota FL 34266 approximately 2000 ft below well number 2 north of Clark Road on Plaintiff's property that is still in title dispute from a fraud transfer by Sarasota County Commission and 72 partners LLC. See Circuit 12 case 2019 CA 04532 NC Gilberti v 72 Partners et al.

5. FBI contacted plaintiff and is investigating said issues from judges calling the water supplies fictitious see *Gilberti v George Bush et al*, in New York Southern District.

6. AMPS Aquifer Maintenance in palm beach county maintains aquifers in palm beach county has verified all claims that this court claims frivolous without any experience or allowing the plaintiff to help the public.

7. The Gilberti v Pentagon case and federal reserve case were dismissed with the same lies and deceit derived from justice Ketanji Brown Jackson who never let anyone serve the case calling unique endless spring water fictitious, so she can promote herself with Biden to Supreme Court Justice without a care in the world for America.

8. Barrack Hussein Obama is Part of *Gilberti v Secret Service et al*, and timed Smith Mundt Act days after engineer PE Joe Gilberti discovered the global medicine resource for America. Seminole Tribe Casino Chief Sanchez met with Gilberti March 2013, with Barrack Hussein Obama on the phone regarding global knowledge, one month later, DeSantis, Rick Scott, and Tampa Judges with Pam Bondi and Greenberg Traurig attorneys attack with Israel chemical LPE/Mosaic Fertilizer next to this property in arcadia Florida with 22,000 acres with a land grab to suppress the global knowledge with a gang of misfit judges and lawyers calling this resource and the record fraud transfer fictitious. All working with Trump, Biden, Harris, Congress, Bush, and Sarasota County Commission to maintain water wars across the Earth. See Gilbertibluegold.com for details.

9. Any Judge calling these cases fictitious has fallen under conspiring against America for sustainability and health care economics and water supply is conspiring against America pursuant to Title 18 USC 241-242 and could face the death penalty, as people have died from withholding this global pure drinking water supply knowledge. All strikes by prior judges are considered denials of IFP are aiding and abetting in crimes against the United States of America to disseminate and hide these deep underground unique primary spring water access points from the geological indicators described in the two very different projects in Florida, New Jersey, and New York, see *Gilberti v United Nations et al*, See *Gilberti v Bush et al*.

10. Contact was made to all defendants in both New York and Miami on record in late 2024 regarding the complaint. All defendants have known about water supplies for about 100 years via the Saratoga springs New York etc. and for some reason does not want to help lower New York City's water bills and provide pure spring water (for better health care)

for over 8 million citizens which was discussed at City Hall Mayor Eric Adams Office February 2, 2023. Why are over 150 US Judges and over 1000 politicians attacking plaintiff's civil rights for 12 years who is a professional civil engineer who has discovered Critical US medicinal drinking water resources with high capacities to the tap across multiple US States.

11. This court dismissed the case in hours without any true diligence by a Professional Engineer to review the Global knowledge on how to access endless Primary Antioxidant Spring Water from deep below in remote hidden locations. But instead, just copied another Crooked Judge ruling who did the same to attack THE PEOPLE regarding lowering Water bills and Health risks at the taps of regions. See GilbertiBlueGold.com.

12. This court deprived the Plaintiff and the citizens of America the ability to disclose various locations to bring Antioxidant Spring water to taps vs polluted treated rivers. For example, a lime rock quarry just 25miles south of Flint Michigan along I-75 is present. An obvious much healthier resource than Flint River!

13. This court ignores the fact that the Bush Michigan Nestlé Compact demonstrates more locations as the Great lakes were formed by the Kenta Meteor Impact in Indiana region.

14. Many similar cases are filed and open for over 7 months in Boston Massachusetts and New York Southern US Districts for issues related to timed Smith Acts and subduing of Plaintiff.

15. This court wrote an order placing words in Plaintiffs complaint that don't exist to disseminate the public. We are bringing a much Healthier Level of Service in Raw Drinking Water site sourcing that is very different in molecular structure and less expensive to stop the Eugenics at taps like Flint Michigan.

16. This court is Assisting Tampa Middle District Judge Barber in treason against the US People for National Defense as related to Title 50 Sec 3 for 'Revitalization of National the Florida Peninsula' from Tampa CENTCOM to Southern Command as described in the *Gilberti v Council of National Defense* MANDAMUS hidden by all Washington DC and New Media to suppress Global Water Origin showing FRAUD by EPA via Ice Comet Theory vs Oceans beneath the Earth.

17. Judges have no experience in Geological impacts or Water supply to call any case fictional submitted to US COURTS by Plaintiff.

18. This court order is harboring US TERRORISM on Americans timed with Smith Acts per HR 5736.

19. The United States is under attack by lawyers, Attorney Politicians and Billionaires like Musk, Zuckerberg, Besos and Oil and Big Pharma to keep Military Complex going as these access points are at deep underground Military bases in Desert War areas like Middle East and more, this court has NO EXPERIENCE to make determination on and

prevented Defendants the opportunity to be served and help disclose these Unique Medicinal resources to Humanity and in 50 States.

20. Mark Zuckerberg is a resident of Hawaii where over 93,000 Military people are sick from Fuel in Water supply since 2021 and the Top of the Volcanic islands show Primary Water access. That's why they have Rain Forests and Springs up there. Zuckerberg could expose this knowledge to them and World with META and Instagram Algorithms.

21. Many Leaders and Judges in West Florida attacking this resource in Plaintiff's efforts are from Michigan, Chicago, Minnesota, and Indiana. Taking appointed roles by Ron DeSantis, Rick Scott, George W. Bush, and Charlie Christ and attacking the Florida Resource plaintiff's civil rights and global knowledge to find more similar resources with U.S. district courts of Florida for 13 years. See *Gilberti v Bush et al* a Sarasota/911 connection and *Gilberti v Secret Service et al* both cases are similar to plaintiff's cases that are still and have been open for 8 months and are very real. See articles of impeachment for George W. Bush by Congress for false flagging 9/11 as no weapons of mass destruction were found in Iraq. Also see Gilberti v World Bank et al where fires started retroactively in Los Angeles when Gilberti submitted *Gilberti v Rothschild et al* in Central District Court of California (Los Angeles District).

22. And Most importantly, this court ignored the fraud transfer by Sarasota County Commissioners clerks and Florida leaders provided in the complaint with 2000 acres stolen and millions in tax base to pay off said crooks to hide a US medicine resource per the complaint see Sarasota county circuit 12 case 2011 CA 4209 NC, *72 Partners LLC v Cecil Daughtrey* pursuant to the September 11, 2020 advertisement in October 5, 2020 sale timed with another kidnapping by Florida Judges while Sarasota County purchases land after said fraudulent transfer switching out legal descriptions with over 2000 acres to also hide the geological knowledge and scare all private attorneys from helping and all engineering firms away with the country under attack by the government, news media, billionaires, and judges who think they can just attack this global drinking water knowledge. It is trivial to see the fraud transfer that this court PURPOSELY IGNORED HARBORED OR ASSISTED Defendants in on ongoing systematic attack to keep Health Care costs rising from poor raw drinking water resources/treatment vs endless pure antioxidant spring water to the tap. See Gilbertibluegold.com. Every Judge and government actor is walking in shame dismissing these cases and hiding access to Earth's true global drinking water origins with NASA and SpaceX see *Gilberti v Musk et al* still pending with the same ridiculous fee issues while plaintiff is kidnapped by Sarasota Judges and leaders abroad. Is the fraud transfer frivolous over this US and Global medicine resource? Everyone has Jurisdiction!

Plaintiff hereby requests this court to approve the IFP status and reinstate the case based on items above to allow us to issue summons so defendants can work with plaintiff to fix said issues or crossclaim bad defendants causing the said issues, thank you.

## Certificate of Service

I hereby Certify that a copy of the objection to order of dismissal was filed on March 28, 2025, at the District Clerk of Court of Maine.

.

Joseph Gilberti
Joseph D Gilberti PE
Petitioner
813-470-6000
239-980-3149
Gilbertiwater@gmail.com
Sarasota911Connection@gmail.com
www.GilbertiBlueGold.com

## EXHIBIT D

*Health Scan of Water Readings unique to Human Health and Economic Sustainability to the South Florida Regions to lower utility costs and taxes*

**ETR Environmental Testing & Research Laboratories**

Report #: 11712156
Date: 11/7/2012
P.O.Number: 102 Ck

Same as Client

Matrix: Well Water
Client: Cecil Daughtrey Jr.
Sample Location: 9438 Daughtrey Rd, Sidell FL 34266
Phone: (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. Point of collection: Well #2

### Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| **General Bacteria** | | | |
| Total Coliform | Absent | Animal or Vegetational Bacteria | 0 |
| Fecal/E. Coli | Absent | Animal Bacteria | 0 |
| **MicroAnalysis** | | | |
| MicroAnalysis | See Attached | | |
| **General Chemistry** | | | |
| Sodium | 74.05 mg/L | 20.0 mg/L is Mass. DEP Guideline | 250.0 mg/L |
| Potassium | 4.11 mg/L | A Component of Salt | No Limit |
| Copper | Not Detected | Indicates Plumbing Corrosion | 1.30 mg/L |
| Iron | 0.64 mg/L | Brown Stains, Bitter Taste | 0.30 mg/L |
| Manganese | Not Detected | May Cause Laundry Staining | 0.05 mg/L |
| Magnesium | 71.90 mg/L | A Component of Hardness | No Limit |
| Calcium | 118.20 mg/L | A Component of Hardness | No Limit |
| Arsenic | Not Detected | A Toxic Metal | 0.010 mg/L |
| Lead | Not Detected | A Toxic Metal | 0.015 mg/L |
| Zinc | Not Detected | A Toxic Metal | 5.0 mg/L |
| pH | 7.49 SU | Acid/Basic Determination | 6.5 - 8.5 SU |
| Turbidity | 0.49 N.T.U. | Presence of Particles | No Limit |
| Color | Not Detected | Clarity (0), Discoloration (15) | 15.0 C.U. |
| Odor | Not Detected | Odor due to Contamination | 3.0 T.O.N. |
| Conductivity | 1771.0 umhos | Electrical Resistance (umhos/cm) | No Limit |
| T.D.S. | 1,062.6 mg/L | Total Dissolved Minerals Present | 500.0 mg/L |
| Sediment | Absent | Undissolved Solids | Present |
| Alkalinity | 170.0 mg/L | Ability to Neutralize acid | No Limit |
| Chlorine | Not Detected | A Disinfectant | 4.0 mg/L |
| Chloride | 206.13 mg/L | A component of salt | 250.0 mg/L |
| Hardness | 591.2 mg/L | 0 - 75 is considered soft | No Limit |
| Nitrate as Nitrogen | 0.29 mg/L | Indicator of Biological Waste | 10.0 mg/L |
| Nitrite as Nitrogen | Not Detected | Indicator of Waste | 1.0 mg/L |
| Ammonia as Nitrogen | 0.497 mg/L | Indicator of Waste | No Limit |
| Sulfate | 851.40 mg/L | A Mineral, Can Cause Odor | 250.0 mg/L |
| **Radiochemistry** | | | |
| Radon in Water | Not Detected | Massachusetts D.E.P. Guideline | 10,000 pCi/L |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.   Leominster MA 01453-4864   (978) 840-2941   (800) 344-9977   Page 1 of 3
info@etrlabs.com   www.etrlabs.com

## EXHIBIT D
### (Continued)

**ETR Environmental Testing & Research Laboratories**

Report #: 11712156
Date: 11/7/2012
P.O.Number: 102 Ck

Same as Client

Matrix: Well Water
Client: Cecil Daughtrey Jr.
Sample Location: 9438 Daughtrey Rd, Sidell FL 34266
Phone: (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. Point of collection: Well #2

### Health Scan Report

| | Results | Public Drinking Water EPA Limits |
|---|---|---|
| **Organic Analysis** | | |
| Benzene | Not Detected | 5.0 ug/L |
| Bromobenzene | Not Detected | No Limit |
| Bromochloromethane | Not Detected | No Limit |
| Bromodichloromethane | Not Detected | No Limit |
| Bromoform | Not Detected | No Limit |
| Bromomethane | Not Detected | No Limit |
| n-Butylbenzene | Not Detected | No Limit |
| sec-Butylbenzene | Not Detected | No Limit |
| tert-Butylbenzene | Not Detected | No Limit |
| Carbon-Tetrachloride | Not Detected | 5.0 ug/L |
| Chlorodibromomethane | Not Detected | No Limit |
| Chloroethane | Not Detected | No Limit |
| Chloroform | Not Detected | No Limit |
| Chloromethane | Not Detected | No Limit |
| 1,2-Chlorotoluene | Not Detected | No Limit |
| 1,4-Chlorotoluene | Not Detected | No Limit |
| 1,2-Dibromo-3-chloropropane | Not Detected | No Limit |
| Dibromomethane | Not Detected | No Limit |
| 1,2-Dibromomethane | Not Detected | No Limit |
| 1,3-Dichlorobenzene | Not Detected | No Limit |
| 1,2-Dichlorobenzene | Not Detected | 600.0 ug/L |
| 1,4-Dichlorobenzene | Not Detected | 5.0 ug/L |
| Dichlorodifluoromethane | Not Detected | No Limit |
| 1,1-Dichloroethane | Not Detected | No Limit |
| 1,2-Dichloroethane | Not Detected | 5.0 ug/L |
| 1,1-Dichloroethylene | Not Detected | 7.0 ug/L |
| cis-1,2-Dichloroethene | Not Detected | 70.0 ug/L |
| trans-1,2-dichloroethene | Not Detected | 100.0 ug/L |
| 1,2-Dichloropropane | Not Detected | 5.0 ug/L |
| 1,3-Dichloropropane | Not Detected | No Limit |
| 2,2-Dichloropropane | Not Detected | No Limit |
| 1,1-Dichloropropene | Not Detected | No Limit |
| 1,3-Dichloropropene | Not Detected | No Limit |
| trans-1,3-Dichloropropene | Not Detected | No Limit |
| Ethylbenzene | Not Detected | 700.0 ug/L |
| Fluorotrichloromethane | Not Detected | No Limit |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.   Leominster MA 01453-4864   (978) 840-2941   (800) 344-9977   Page 2 of 3
info@etrlabs.com   www.etrlabs.com

8

**LANDTECH DESIGN GROUP, INC**
813-470-6000
www.gilbertibluegold.com

## EXHIBIT D
*(Continued)*

**ETR** Environmental Testing & Research Laboratories

Report #: 11712156
Date: 11/7/2012
P.O.Number: 102 Ck

Same as Client

Matrix: Well Water
Client: Cecil Daughtrey Jr.
Sample Location: 9438 Daughtrey Rd, Sidell FL 34266
Phone: (813) 470-6000

This sample taken by Joe Gilberti, P.E. at 3:00:00 PM on 10/24/2012. Point of collection: Well #2

### Health Scan Report

| | Results | | Public Drinking Water EPA Limits |
|---|---|---|---|
| Hexachlorobutadiene | Not Detected | | No Limit |
| Isopropylbenzene | Not Detected | | No Limit |
| Methyl-t-Butyl Ether (MTBE) | Not Detected | Massachusetts DEP Limit | 70.0 ug/L |
| p-Isopropyltoluene | Not Detected | | No Limit |
| Methylene Chloride | Not Detected | | 5.0 ug/L |
| Monochlorobenzene | Not Detected | | 100.0 ug/L |
| Napthalene | Not Detected | | No Limit |
| n-Propylbenzene | Not Detected | | No Limit |
| Styrene | Not Detected | | 100.0 ug/L |
| 1,1,1,2-Tetrachloroethane | Not Detected | | No Limit |
| 1,1,2,2-Tetrachloroethane | Not Detected | | No Limit |
| Tetrachloroethylene | Not Detected | | 5.0 ug/L |
| Toluene | Not Detected | | 1000.0 ug/L |
| 1,2,3-Trichlorobenzene | Not Detected | | No Limit |
| 1,2,4-Trichlorobenzene | Not Detected | | 70.0 ug/L |
| 1,1,1-Trichloroethane | Not Detected | | 200.0 ug/L |
| 1,1,2-Trichloroethane | Not Detected | | 5.0 ug/L |
| Trichloroethylene | Not Detected | | 5.0 ug/L |
| 1,2,3-Trichloropropane | Not Detected | | No Limit |
| 1,2,4-Trimethylbenzene | Not Detected | | No Limit |
| 1,3,5-Trimethylbenzene | Not Detected | | No Limit |
| Vinyl Chloride | Not Detected | | 2.0 ug/L |
| o-Xylene | Not Detected | | T. Xylenes 10K ug/ |
| m+p Xylenes | Not Detected | | T. Xylenes 10K ug/ |

The integrity of the sample and results are dependent on the quality of sampling. The results apply only to the actual sample tested. Environmental Testing and Research Laboratories shall be held harmless from any liability arising out of the use of such results.

60 Elm Hill Ave.  Leominster MA 01453-4864  (978) 840-2941  (800) 344-9977   Page 3 of 3
info@etrlabs.com   www.etrlabs.com

9

LANDTECH DESIGN GROUP, INC
813-470-6000
www.gilbertibluegold.com